**FORMER EMPLOYEES OF QUALITY FABRICATING, INC., Plaintiffs,**

v.

**UNITED STATES SECRETARY OF LABOR, Defendant.**

Slip Op. 06–81.
Court No. 02–00522.

United States Court of International Trade.

May 26, 2006.

### *ORDER*

WALLACH, Judge.

Pursuant to the Opinion of the Court of Appeals for the Federal Circuit dated May 24, 2006, it is hereby

ORDERED, ADJUDGED, and DECREED that this matter be, and hereby is DISMISSED for lack of jurisdiction.